# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———

No. 16-51372

———

United States Court of Appeals
Fifth Circuit

**FILED**

March 13, 2017

Lyle W. Cayce
Clerk

MICHAEL THOMAS PAUL,

Plaintiff-Appellant

v.

CITY OF SAN ANTONIO, Acting by and through the City Public Service Board
(CPS Energy),

Defendant-Appellee

———

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:16-CV-1119

———

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Michael Thomas Paul seeks to appeal two rulings by the federal
magistrate judge denying his motions for appointment of counsel in a civil
action. He also moves this court for appointment of appellate counsel.

An interlocutory order denying the appointment of counsel in a civil
action is immediately appealable. *Robbins v. Maggio*, 750 F.2d 405, 413 (5th
Cir. 1985). However, nothing in the record indicates that the magistrate

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 16-51372

judge's rulings were ever appealed to the district judge or that the parties consented to proceed before the magistrate judge. Accordingly, we lack jurisdiction over this appeal directly from the rulings of the magistrate judge. *See Alpine View Co. v. Atlas Copco AB*, 205 F.3d 208, 219-20 (5th Cir. 2000); *United States v. Renfro*, 620 F.2d 497, 500 (5th Cir. 1980).

Paul's appeal is DISMISSED for lack of jurisdiction. His motion for appointment of appellate counsel is DENIED.